**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00345-BNB

GABRIELE GUNDLACH,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO, et al.,
CITY AND COUNTY OF BOULDER, CO.,
JEFF CAHN,
DAVID ARCHULETA,
KAROLYN VAL QUEVLI, and
JUDICIAL COURTS OF STATE OF COLORADO, Also Traded as Boulder County
    Court/Boulder,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for a Change of Venue (ECF No. 17) filed on April 16, 2012, is DENIED because Plaintiff fails to cite any authority that would allow the court to transfer this action to the United States Supreme Court.

Dated: April 17, 2012